# LAW OFFICE OF AMY JANE AGNEW, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

July 5, 2026

**VIA ECF**

**Re:**
Feola v. Mueller, 23-cv-3393
Lorandos v. Mueller, 23-cv-7369
Diggs v. Dinello, 23-cv-7149
Pine v. Hammer, 23-cv-7148
Windley v. Hammer, 23-cv-7151

Dear Judge Preska:

The above listed cases are the last of the Allen I related cases before this Court. The Court has already granted three extensions of time for Plaintiffs' opposition papers. While we are almost done with the oppositions, on Thursday early in the evening I realized that Defendants had not filed the memorandum of law for the Diggs case. (Exhibit 1.) It is my fault that I did not realize earlier. I sent an email to counsel but have not heard back – no doubt due to the holiday for which I do not begrudge them. While the filings are almost done, I will be out of the office tomorrow for medical appointments and in Utica, NY for a pre-trial conference and prison visits to prep witnesses through Thursday of this week for a federal trial before Judge Brindisi in the NDNY. I anticipate my adversaries in Diggs getting me their memorandum of law early next week and being able to finalize my submissions by next Monday, July 13, 2026, after I return from upstate. Again, this is entirely my fault as I did not realize the clerical error until the holiday – my colleagues are certainly entitled to a holiday weekend.

I am, as always, grateful for the Court's courtesy.

Very truly yours,

***/s/ AJ Agnew***

Amy Jane Agnew, Esq.
*Counsel to Plaintiffs*

SO ORDERED.

Loretta A. Preska, U.S.D.J.
July 6, 2026

*New York Office*
24 Fifth Avenue, Suite 1701
New York, NY 10011

(973) 600-1724

aj@ajagnew.com

*New Jersey Office*
36 Page Hill Road
Far Hills, NJ 07931