USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/20/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

**KENNETH WINDLEY,**

**Plaintiff,**

**-against-**

**JOHN HAMMER, et al.,**

**Defendants.**

---------------------------------------------------------------X

**23-CV-07151 (LAP)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

On Friday, October 16, 2026, the Honorable Loretta A. Preska assigned this matter to my docket for settlement. By Monday, October 26, 2026, the parties are directed to email Courtroom Deputy Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. If it would be convenient and efficient to do so, the parties may propose holding the settlement conference on Monday, December 21, 2026, when the Court will hold settlement conferences in related matters. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: October 20, 2026
New York, New York